# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** NANCY GIMENA HUISHA-HUISHA

v.

ALEJANDRO MAYORKAS, et al.

**Case No:** 21-5200

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel for the ☒ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

- Alejandro Mayorkas
- Troy Miller
- William A. Ferrara
- Raul Ortiz
- Tae D. Johnson
- Xavier Becerra
- Dr. Rochelle P. Walensky

### Counsel Information

**Lead Counsel:** Joshua Waldman
**Direct Phone:** (202) 514-0236  **Fax:** ( )  **Email:** joshua.waldman@usdoj.gov

**2nd Counsel:** Sharon Swingle
**Direct Phone:** (202) 353-2689  **Fax:** ( )  **Email:** sharon.swingle@usdoj.gov

**3rd Counsel:** Ashley Cheung
**Direct Phone:** (202) 353-9018  **Fax:** ( )  **Email:** ashley.cheung@usdoj.gov

**Firm Name:**
**Firm Address:**
**Firm Phone:** ( )  **Fax:** ( )  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)