# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-5200** | **September Term, 2021** |
| | **1:21-cv-00100-EGS** |
| | **Filed On:** September 18, 2021 |

Nancy Gimena Huisha-Huisha, and her minor child, et al.,

        Appellees

    v.

Alejandro N. Mayorkas, Secretary of Homeland Security, in his official capacity, et al.,

        Appellants

      **BEFORE:**    Rogers, Millett, and Katsas, Circuit Judges

## O R D E R

    Upon consideration of the emergency motion for a stay pending appeal and for an administrative stay, it is

    **ORDERED** that appellees file a response to the emergency motion for a stay pending appeal and for an administrative stay by 4:00 p.m. on Thursday, September 23, 2021, and the appellants file any reply by 4:00 p.m. on Monday, September 27, 2021.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
           Amanda Himes
           Deputy Clerk