# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Nancy Gimena Huisha-Huisha, et al.

**v.** Alejandro Mayorkas, et al.

**Case No:** 21-5200

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☒ Pro Bono  ☐ Appointed (CJA/FPD)  ☐ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s)  ☒ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Nancy Gimena Huisha-Huisha

I.M.C.H.

Additional parties listed on next page

### Counsel Information

**Lead Counsel:** Lee Gelernt

**Direct Phone:** (212) 549-2616  **Fax:** (212) 549-2654  **Email:** lgelernt@aclu.org

**2nd Counsel:** Omar Jadwat

**Direct Phone:** (212) 549-2620  **Fax:** (212) 549-2654  **Email:** ojadwat@aclu.org

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** American Civil Liberties Union Foundation, Immigrants' Rights Project

**Firm Address:** 125 Broad Street, 18th Floor New York, NY 10004

**Firm Phone:** (212) 549-2660  **Fax:** (212) 549-2654  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# ADDITIONAL PARTY INFORMATION

| |
|---|
| Valeria Macancela Bermejo |
| B.A.M.M. |
| Josaine Pereira-De Souza |
| H.N.D.S. |
| E.R.P.D.S |
| M.E.S.D.S |
| H.T.D.S.D.S. |
| Martha Liliana Taday-Acosta |
| D.J.Z. |
| J.A.Z. |
| Julien Thomas |
| Fidette Boute |
| D.J.T.-B. |
| T.J.T.-B. |
| Romilus Valcourt |
| Bedapheca Alcante |
| B.V.-A. |