# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Nancy Gimena Huisha-Huisha, et al.

**v.**

Alejandro Mayorkas, et al.

**Case No:** 21-5200

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Nancy Gimena Huisha-Huisha

I.M.C.H.

Additional parties listed on next page

### Counsel Information

Lead Counsel: Stephen B. Kang

Direct Phone: ( 415 ) 343-0783  Fax: (____) ____-____  Email: skang@aclu.org

2nd Counsel: Cody Wofsy

Direct Phone: ( 415 ) 343-0785  Fax: (____) ____-____  Email: cwofsy@aclu.org

3rd Counsel:

Direct Phone: (____) ____-____  Fax: (____) ____-____  Email:

Firm Name: American Civil Liberties Union Foundation, Immigrants' Rights Project

Firm Address: 39 Drumm St., San Francisco, CA 94111

Firm Phone: ( 415 ) 343-0770  Fax: (____) ____-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

## ADDITIONAL PARTY INFORMATION

Valeria Macancela Bermejo

B.A.M.M.

Josaine Pereira-De Souza

H.N.D.S.

E.R.P.D.S

M.E.S.D.S

H.T.D.S.D.S.

Martha Liliana Taday-Acosta

D.J.Z.

J.A.Z.

Julien Thomas

Fidette Boute

D.J.T.-B.

T.J.T.-B.

Romilus Valcourt

Bedapheca Alcante

B.V.-A.