# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Huisha-Huisha

v.

Mayorkas

**Case No:** 21-5200

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

- Nancy Huisha-Huisha & minor children
- Valeria Macancela Bermejo & minor children
- Josaine Pereira-De Souza & minor children
- Bedapheca Alcante & minor children
- Fidette Boute & minor children
- Martha Taday-Acosta & minor children
- Julien Thomas & minor children
- Romilus Valcourt & minor children

### Counsel Information

**Lead Counsel:** [I am not lead counsel in this case]

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email: ____

**2nd Counsel:** Scott Michelman

Direct Phone: (202) 6014267  Fax: (___) ___-____  Email: smichelman@acludc.org

**3rd Counsel:**

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email: ____

**Firm Name:** ACLU Foundation of D.C.

**Firm Address:** 915 15th St. NW, Second Floor, Washington DC 20005

**Firm Phone:** (202) 4570800  Fax: (___) ___  Email: ____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)