# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Huisha-Huisha

v.  **Case No:** 21-5200

Mayorkas

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Nancy Huisha-Huisha & minor children | Fidette Boute & minor children |
| Valeria Macancela Bermejo & minor children | Martha Taday-Acosta & minor children |
| Josaine Pereira-De Souza & minor children | Julien Thomas & minor children |
| Bedapheca Alcante & minor children | Romilus Valcourt & minor children |

### Counsel Information

**Lead Counsel:** [Lead counsel has already appeared]

**Direct Phone:** ( ___ ) ___-___  **Fax:** ( ___ ) ___-___  **Email:**

**2nd Counsel:** Arthur B. Spitzer

**Direct Phone:** ( 202 ) 601-4266  **Fax:** ( ___ ) ___-___  **Email:** aspitzer@acludc.org

**3rd Counsel:**

**Direct Phone:** ( ___ ) ___-___  **Fax:** ( ___ ) ___-___  **Email:**

**Firm Name:** ACLU Foundation of D.C.

**Firm Address:** 915 15th St. NW, Second Floor, Washington DC 20005

**Firm Phone:** ( 202 ) 457-0800  **Fax:** ( ___ ) ___-___  **Email:** info@acludc.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[ Save ]   [ Reset Form ]   [ Print Form ]