# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-5200** | **September Term, 2021** |
| | **1:21-cv-00100-EGS** |
| | **Filed On:** September 30, 2021 |

Nancy Gimena Huisha-Huisha, and her minor child, et al.,

      Appellees

    v.

Alejandro N. Mayorkas, Secretary of Homeland Security, in his official capacity, et al.,

      Appellants

      **BEFORE:**    Rogers, Millett, and Katsas, Circuit Judges

## O R D E R

      Upon consideration of the motion for stay pending appeal and for an administrative stay pending disposition of the stay motion, the opposition thereto, the reply, the request for an administrative stay of no less than seven days in the event that a stay pending appeal is denied, the motions for leave to file amicus briefs in opposition to a stay, and the lodged amicus briefs, it is

      **ORDERED** that the motions for leave to file amicus briefs in opposition to a stay be denied. However, these movants may file briefs as amicus curiae at the merits stage. It is

      **FURTHER ORDERED** that the motion for stay pending appeal be granted. Appellants have satisfied the stringent requirements for a stay pending appeal. See <u>Nken v. Holder</u>, 556 U.S. 418, 434 (2009); <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2021). It is

      **FURTHER ORDERED** that the motion and request for administrative stays be dismissed as moot. It is

      **FURTHER ORDERED** that the following briefing schedule will apply in this case:

      Brief of Appellants                October 21, 2021

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5200**                                                      **September Term, 2021**

| | |
|---|---|
| Appendix | October 21, 2021 |
| Briefs of Amici Curiae Supporting Appellants, if any | October 28, 2021 |
| Brief of Appellees | November 12, 2021 |
| Briefs of Amici Curiae Supporting Appellees, if any | November 19, 2021 |
| Reply Brief of Appellants | November 29, 2021 |

The Clerk is directed to calendar this case for argument in January 2022. The parties will be informed later of the date of oral argument and the composition of the merits panel.

All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43 (2021); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
            Laura Chipley
            Deputy Clerk