# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 21-5200** | **September Term, 2021** |
| | **1:21-cv-00100-EGS** |
| | **Filed On:** October 12, 2021 |

Nancy Gimena Huisha-Huisha, and her minor child, et al.,

      Appellees

      v.

Alejandro N. Mayorkas, Secretary of Homeland Security, in his official capacity, et al.,

      Appellants

      **BEFORE:**    Tatel, Rao, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to intervene, it is

**ORDERED** that appellees and appellants file their responses to the motion by 6:00 p.m. on Friday, October 15, 2021, and that the State of Texas file any reply by 4:00 p.m. on Monday, October 18, 2021.

### Per Curiam

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                            BY:    /s/
                                      Amy Yacisin
                                      Deputy Clerk