# United States Court of Appeals
### For The District Of Columbia Circuit

_____

| | |
|---|---|
| **No. 21-5200** | **September Term, 2021** |
| | **1:21-cv-00100-EGS** |
| | **Filed On: October 26, 2021** |

Nancy Gimena Huisha-Huisha, and her minor child, et al.,

     Appellees

    v.

Alejandro N. Mayorkas, Secretary of Homeland Security, in his official capacity, et al.,

     Appellants

 

    **BEFORE:**    Tatel, Rao, and Walker, Circuit Judges

## O R D E R

    Upon consideration of the State of Texas's motion for leave to intervene, the oppositions thereto, and the reply, it is

    **ORDERED** that the motion for leave to intervene be denied.  The State of Texas has not demonstrated that its motion meets the standards for intervention on appeal. See Amalgamated Transit Union International, AFL-CIO v. Donovan, 771 F.2d 1551 (D.C. Cir. 1985) (per curiam); see also Richardson v. Flores, 979 F.3d 1102, 1104 n.1 (5th Cir. 2020) (distinguishing motions to intervene on appeal from motions to intervene for purposes of appeal).  Texas may, however, participate as amicus curiae and must file any amicus brief by October 28, 2021.

### Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:    /s/
                          Manuel J. Castro
                          Deputy Clerk