No. 21-5200
Oral Argument Not Scheduled

# United States Court of Appeals
*for the*
# D.C. Circuit

**Nancy Gimena Huisha-Huisha, et al.,**

*Plaintiff-Appellees*,

*v.*

**Alejandro N. Mayorkas, et al.,**

*Defendants–Appellants*.

**ON APPEAL FROM AN ORDER ENTERED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA No. 21-cv-00100**

**Notice of Immigration Reform Law Institute of Intent to File a Brief *Amicus Curiae* in Support of Defendants–Appellants**

IMMIGRATION REFORM LAW INSTITUTE
20 Massachusetts Ave. NW
Washington DC 2002
(202) 232-5590

**CORPRORATE DISCLOSURE STATEMENT**

The Immigration Reform Law Institute is a non-profit corporation with no shareholders.

**NOTICE OF INTENT TO FILE
A BRIEF *AMICUS CURIAE***

Pursuant to D.C. Circuit Rule 29(b), and the guidance set forth in Section IX(A)(4) of this Court's Handbook of Practice and Internal Procedure, the Immigration Reform Law Institute hereby notifies the Court of its intent to file a brief *amicus curiae* in support of Defendants-Appellants in the above-captioned appeal. The parties have consented to the filing of such a brief.

October 28, 2021

/s/ John M. Miano
John M. Miano
D.C. Bar No. 1003068
Immigration Reform Law Institute
20 Massachusetts Ave. NW
Washington DC 2002
(202) 232-5590
miano@colosseumbuilders.com

## CERTIFICATE OF SERVICE

I certify that on October 28, 2021 I filed the attached Notice of Intent to file a Brief Amicus Curiae with the ECF system that will provide notice and copies to all partier's counsel of record.

/s/ John M. Miano
John M. Miano
D.C. Bar No. 1003068
Immigration Reform Law Institute
20 Massachusetts Ave. NW
Washington DC 2002
(202) 232-5590
miano@colosseumbuilders.com