# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Nancy Gimena Huisha-Huisha, et al.

**v.**

Alejandro N. Mayorkas, et al.

**Case No:** 21-5200

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Cato Institute

### Counsel Information

Lead Counsel: Ilya Somin

Direct Phone: ( 703 ) 993-8069  Fax: (___) _____-____   Email: isomin@gmu.edu

2nd Counsel: Ilya Shapiro

Direct Phone: ( 202 ) 842-0200  Fax: (___) _____-____   Email: ishapiro@cato.org

3rd Counsel:

Direct Phone: (___) _____-____  Fax: (___) _____-____   Email:

Firm Name: Cato Institute

Firm Address: 1000 Massachusetts Ave., NW, Washington, DC 20001

Firm Phone: (___) _____-____  Fax: (___) _____-____   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)