# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** NANCY GIMENA HUISHA-HUISHA,

v.

ALEJANDRO MAYORKAS, et al.

**Case No:** 21-5200

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ● Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

| | |
|---|---|
| HIAS | Project Corazon - Lawyers for Good Govt. |
| Asylum Access | |
| The Catholic Legal Immigration Network, Inc. | |
| The Institute for Women in Migration, A.C. | |

### Counsel Information

**Lead Counsel:** Kathleen Hartnett

**Direct Phone:** (415) 693-2071  **Fax:** (415) 693-2222  **Email:** khartnett@cooley.com

**2nd Counsel:** Julie Veroff

**Direct Phone:** (415) 693-2179  **Fax:** (415) 693-2222  **Email:** jveroff@cooley.com

**3rd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**Firm Name:** Cooley LLP

**Firm Address:** 3 Embarcadero Center, 20th Floor San Francisco, CA 94111

**Firm Phone:** (415) 693-2000  **Fax:** (415) 693-2222  **Email:** (see above individual emails)

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)