## Certificate of Compliance

The Motion of *Amicus Curiae* the State of Texas to Participate in Oral Argument complies with Federal Rules of Appellate Procedure 27(d)(1)(e) and 32(a)(5) and (6) because it is written in 14-point Equity typeface. It complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 987 words, excluding exempted portions, according to Microsoft Word.

/s/ Ryan S. Baasch
Ryan S. Baasch