# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5200**  **September Term, 2021**

**1:21-cv-00100-EGS**

**Filed On: December 7, 2021** [1925720]

Nancy Gimena Huisha-Huisha, and her
minor child, et al.,

     Appellees

  v.

Alejandro N. Mayorkas, Secretary of
Homeland Security, in his official capacity,
et al.,

     Appellants

## O R D E R

    Upon consideration of the unopposed motion of the National Haitian-American Elected Officials Network, The National Bar Association, and Clyde Vanel for leave to participate as amici curiae in support of appellees, and the lodged brief amici curiae, it is

    **ORDERED** that the motion be granted.  The Clerk is directed to file the lodged brief amici curiae.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                   BY:    /s/
                           Michael C. McGrail
                           Deputy Clerk