# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 21-5200                  September Term, 2021

1:21-cv-00100-EGS

Filed On: January 4, 2022 [1929204]

Nancy Gimena Huisha-Huisha, and her minor child, et al.,

       Appellees

    v.

Alejandro N. Mayorkas, Secretary of Homeland Security, in his official capacity, et al.,

       Appellants

## O R D E R

Upon consideration of the motion of amicus curiae the State of Texas to participate in oral argument, it is

**ORDERED** that the motion be granted. The following times are allotted for the oral argument of this case scheduled for January 19, 2022, at 9:30 A.M.:

|  |  |  |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Wilkins and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 7, 2022.

### Per Curiam

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk
                             BY:     /s/
                                                 Michael C. McGrail
                                                 Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5200**                                                           **September Term, 2021**