# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5200**                      **September Term, 2021**

**1:21-cv-00100-EGS**

**Filed On: January 4, 2022** [1929213]

Nancy Gimena Huisha-Huisha, and her minor child, et al.,

       Appellees

       v.

Alejandro N. Mayorkas, Secretary of Homeland Security, in his official capacity, et al.,

       Appellants

## A M E N D E D   O R D E R

Upon consideration of the motion of amicus curiae the State of Texas to participate in oral argument, and the oppositions thereto, it is

**ORDERED** that the motion be denied. The following times are allotted for the oral argument of this case scheduled for January 19, 2022, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Wilkins and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 7, 2022.

### Per Curiam

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk
                      BY:      /s/
                                                  Michael C. McGrail
                                                  Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

[Notification to the Court from Attorney Intending to Present Argument (Form 72)](#)

# United States Court of Appeals
### For The District of Columbia Circuit

———————

**No. 21-5200**                                          **September Term, 2021**