# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5200**           September Term, 2021

1:21-cv-00100-EGS

Filed On: January 19, 2022 [1931229]

Nancy Gimena Huisha-Huisha, and her
minor child, et al.,

      Appellees

   v.

Alejandro N. Mayorkas, Secretary of
Homeland Security, in his official capacity,
et al.,

      Appellants

**BEFORE:**  Chief Judge Srinivasan, and Circuit Judges Wilkins and Walker

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Wednesday, January 19, 2022 at 10:35 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

Sharon Swingle (DOJ), counsel for Appellants.

Lee Gelernt, counsel for Appellees.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk