# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5200**            **September Term, 2021**

**1:21-cv-00100-EGS**

**Filed On:** April 22, 2022

Nancy Gimena Huisha-Huisha, and her minor child, et al.,

        Appellees

      v.

Alejandro N. Mayorkas, Secretary of Homeland Security, in his official capacity, et al.,

        Appellants

**BEFORE:**    Srinivasan, Chief Judge; Wilkins and Walker, Circuit Judges

## O R D E R

Upon consideration of appellants' unopposed motion to extend time for issuance of the mandate to May 23, 2022, it is

**ORDERED** that the motion to extend time be granted. The Clerk is directed to issue the mandate on May 23, 2022.

### Per Curiam

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                      BY:     /s/
                                 Daniel J. Reidy
                                 Deputy Clerk