# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 21-5200** | **September Term, 2021** |
| | **1:21-cv-00100-EGS** |
| | **Filed On: May 23, 2022** [1947593] |

Nancy Gimena Huisha-Huisha, and her
minor child, et al.,

      Appellees

    v.

Alejandro N. Mayorkas, Secretary of
Homeland Security, in his official capacity,
et al.,

      Appellants

## **M A N D A T E**

    In accordance with the judgment of March 4, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                      BY:   /s/
                                       Michael C. McGrail
                                       Deputy Clerk

Link to the judgment filed March 4, 2022